UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAP-SUN CHAN,

                    Plaintiff,

              -against-

MEDICARE, et al.,

                    Defendants.

1:22-CV-3748 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has

sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00

in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this

order. If Plaintiff fails to comply with this order within the time allowed, the action will be

dismissed.

SO ORDERED.

Dated:    May 10, 2022
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge