UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAP-SUN CHAN,

                              Plaintiff,

               -against-

MEDICARE, et al.,

                              Defendants.

1:22-CV-3748 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 12, 2022, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without

prejudice for Plaintiff's failure to pay the $402.00 in fees to bring this action. *See* 28 U.S.C.

§ 1914.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    July 12, 2022
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge